UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

RICHARD ESPANA,                                          :
                                                         :
              Plaintiff,                                 :
                                                         :
v.                                                       :      Case No. :_____
                                                         :
MILLER'S ALE HOUSE, INC.,                                :
                                                         :
              Defendant.                                 :
_____                 :

### DEFENDANT'S NOTICE OF REMOVAL

Defendant Miller's Ale House, Inc. ("Miller"), by and through its undersigned attorneys,

pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby removes this action from the County

Court in and for Miami-Dade County, Florida, to the United States District Court for the

Southern District of Florida, Miami Division, and in support of such removal states:

1.     Miller is the sole Defendant in this civil action filed in the County Court in and

for Miami-Dade County, Florida, on or about March 4, 2014, titled *Richard Espana v. Miller's*

*Ale House, Inc.,* Case No. 14-003826-CC-05 (hereinafter, "the State Court Action").

2.     Plaintiff's Complaint alleges violations of the Fail Labor Standards Act, 29

U.S.C. § 201, *et seq.* ("FLSA") based on alleged wage violations and retaliation.  Because

Plaintiff is asserting claims under a federal statute, this action is subject to removal based on

federal question jurisdiction pursuant to 28 U.S.C. § 1331.  Plaintiff does not allege any state law

claims.

3.     The Summons and Complaint in the State Court Action were served upon Miller

via process server on March 27, 2014.  (*See* Summons and Complaint attached hereto as

composite *Exhibit A.*)  This removal petition is therefore timely as it is filed within thirty (30) days after receipt of the Summons and Complaint.  *See* 28 U.S.C. § 1446(b).

4.      The events alleged by Plaintiff giving rise to this claim occurred in Miami-Dade County, Florida.  *See* Plaintiff's Complaint.  Thus, venue properly lies in the United States District Court for the Southern District of Florida, Miami Division.

5.      Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Defendant, including any other documents in the State Court docket, are attached hereto as composite *Exhibit A.*

6.      Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice will be served on Plaintiff, the only adverse party, and a copy of this Notice will also be filed with the County Court in and for Miami-Dade County, Florida, a copy of which is attached hereto as *Exhibit B.*

### Federal Question Jurisdiction

7.      This action is properly removable to federal court because Plaintiff's Complaint presents a federal question pursuant to 28 U.S.C. § 1331, inasmuch as Plaintiff alleges violations of rights under the FLSA.

8.      Therefore, removal is appropriate pursuant to 28 U.S.C. § 1441.

WHEREFORE, on the basis of the foregoing, Defendant Miller's Ale House, Inc. respectfully removes this action from the County Court in and for Miami-Dade County, Florida to this Court.

Dated:  this 15th day of April, 2014.

Respectfully submitted,

By:     s/ Todd S. Aidman
Todd S. Aidman
Florida Bar No. 0173029
taidman@fordharrison.com
Luis A. Santos
Florida Bar No. 0084647
lsantos@fordharrison.com

FORD & HARRISON LLP
101 E. Kennedy Boulevard
Suite 900
Tampa, Florida  33602-5133
Telephone:  (813) 261-7800
Facsimile:   (813) 261-7899

Attorneys for Defendant Miller's Ale House, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 15, 2014, I electronically filed Defendant's Notice of Removal with the Clerk of the Court using the CM/ECF System and served a true and correct copy by U.S. First Class Mail upon:

Lawrence J. McGuiness
ljmpalaw@netzero.com
McGuiness & Gonzalez, P.A.
1627 S.W. 37th Ave., Suite 100
Miami, Florida  33145

s/ Todd S. Aidman
Attorney

WSACTIVELLP:6713274.1

3